IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-20882-GLT |
| James R. Grose and Patricia R. Grose, | ) | |
| Debtors. | ) | Chapter 13 |
| _____ | ) | |
| James R. Grose and Patricia R. Grose, | ) | Document No.: |
| Movants, | ) | Related to Document No.: 80 |
| vs. | ) | |
| PNC Bank, N.A. and Ronda J. | ) | Related to Claim No. 11 |
| Winnecour, Esquire, Trustee, | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE OF MODIFIED INTERIM
MORTGAGE MODIFICATION ORDER DATED APRIL 30, 2019**

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 30th day of April, 2019:

Service by Email:
LMP@chapter13trusteewdpa.com

Service by First Class Mail
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Office of the United States Trustee
Liberty Center, 1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

James R. Grose and Patricia Grose
1270 Plantation Drive
Bethel Park, PA  15102

David Neeren, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620

Service by Electronic Means (CM/ECF)
Jeffrey R. Hunt on behalf of Creditor Municipality of Bethel Park
jhunt@grblaw.com, cnoroski@grblaw.com

David Neeren on behalf of Creditor PNC Bank, National Association
dneeren@rasnj.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor PNC Bank, National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

                                              */s/Joan Shinavski*
                                              Joan Shinavski, Esquire
                                              Counsel for Debtors/Movants
                                              PA ID No. 90978
                                              Unicorn Professional Plaza
                                              3755 Library Road, Suite 301
                                              Pittsburgh, PA  15234
                                              Telephone:  (412) 344-6113
                                              Facsimile:  (412) 344-6114
                                              E-mail:  joan@mckaylaw