# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JAMES R. & PATRICIA GROSE |
| **Case Number:** | 17-20882-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/8/19 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matters:*

1) #60 - Continued Confirmation of Plan Dated 9/17/2018 (FC)
   R / M #:  60 / 0

2) #54 - Continued Trustee's Certificate of Default to Dismiss
   #66 - Response by Debtors
   R / M #:  54 / 0

*Appearances:*

Debtor: Shinavski

Trustee: Winnecour / Pail / (Katz) / DeSimone

Creditor:

LMP pending — offered trial mod

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/26/19 at 2:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/25/2019   3:29:49PM