IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| James R. Grose | : | Case No. 17-20882GLT |
| Patricia R. Grose | : | Chapter 13 |
| Debtor(s) | : | |
| James R. Grose | : | |
| Patricia R. Grose | : | Related to Document #92 |
| Movant(s) | : | |
| | : | Hearing Date11/06/2019 |
| vs. | : | |
| PNC Bank, N.A., and Ronda J. | : | |
| Winnecour, Trustee | : | |
| Respondent(s) | : | |

TRUSTEE'S RESPONSE TO MOTION FOR APPROVAL
OF LOAN MODIFICATION AGREEMENT

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Debtor requests approval to modify the terms of the existing loan documents on the loan from PNC Bank, N.A. for the property located at 1270 Plantation Drive, Bethel Park.

2. The Trustee objects on the basis that the interest rate is higher under the modification, causing significantly more interest to accrue over the life of the loan compared to the unmodified loan. Therefore, the modification is not beneficial in the long run.

3. The Trustee calculated the plan payment necessary with and without the loan modification for the remaining plan term, which is 30 months.

4. With the loan modification, the plan payment would need to be $2,205.68 per month beginning on October 2019 to complete in the remaining 30 months.

5. Without the loan modification, the plan payment would need to be $2,558.15 per month beginning on October 2019 to complete in the remaining 30 months.

6.     Therefore, the short-term savings is not significant enough to justify the long-term detrimental impact of a higher interest rate which will result in additional interest accrual of $40,000.00 over the life of the loan.


WHEREFORE, the Trustee respectfully requests that the Motion be denied.


RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE


Date:  09/25/19                    by     __/s/ Jana S. Pail_____
                                   Jana S. Pail - PA I.D. #88910
                                   Attorney for Trustee
                                   US Steel Tower – Suite 3250
                                   600 Grant St.
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| James R. Grose | : | Case No. 17-20882GLT |
| Patricia R. Grose | : | Chapter 13 |
|    Debtor(s) | : | |
| James R. Grose | : | |
| Patricia R. Grose | : | Related to Document #92 |
|    Movant(s) | : | |
| | : | Hearing Date11/06/2019 |
|    vs. | : | |
| PNC Bank, N.A., and Ronda J. | : | |
| Winnecour, Trustee | : | |
|    Respondent(s) | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25TH of September 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Joan Shinavski, Esquire
Fort Pitt Commons Suite LL 500
445 Fort Pitt Blvd
Pittsburgh PA 15219

James and Patricia Grose
1270 Plantation Drive
Bethel Park PA 15102

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com