# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JAMES R. & PATRICIA GROSE
**Case Number:** 17-20882-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 26, 2019 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#54 - Continued Trustee's Certificate of Default to Dismiss

#60 - Continued Confirmation of Plan Dated 9/17/2018 (NFC)
R / M #:  54 / 0

### *Appearances:*

Shinavski

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to  11/30/20 at  2:30
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/19/2019    8:54:39AM