IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**NOV -7 2019**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-20882-GLT |
| | : | Chapter: 13 |
| James R. Grose | : | |
| Patricia Grose | : | |
| | : | Date: 11/6/2019 |
| Debtor(s). | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #92 - Motion for Approval of Loan Modification Agreement with PNC Bank (#80/75)
#95 - Response by Trustee

**APPEARANCES:**
    Debtor:    Joan Shinavski
    Trustee:    Jana Pail

**NOTES:** (11:19)

Shinavski: My clients understand the payment under the loan modification has increased, this will allow them to cure the default that has occurred.

Pail: 31 months have elapsed in the plan and 21 remain. Debtors will save $9,000 over the next 9 months, and in return be hit with $40,000 in interest.

Shinavski: Debtor did contact PNC to see if they could get the same interest rate as they currently have as opposed to the higher rate.

Court: Do you want a continuance?

Shinavski: I'm not sure they'll get a response.

Court: We will continue for 30 days, to December 18, at 11:00.

Shinavski: We request the loss mitigation program deadline be extended until the next hearing as well.

Pail: If the loan modification goes through, the monthly payment would have to be increased from $1,700 to $2,150. If it's not approved the monthly payments would have to be increased to $2,595.

**OUTCOME:**

1. Debtor's *Motion for Approval of Loan Modification Agreement with PNC Bank (#80/75)* [Dkt. No 92] is CONTINUED to December 18, 2019, at 11:00 am. [Text Order to Issue]

2. On or before December 11, 2019, Debtors shall (1) file a status report detailing whether PNC agreed to amend the loan modification agreement to reduce the interest rate to the current contract rate; (2) file an amended wage order providing for monthly wage attachments of at least $2,216/month; and (3) ensure plan payments are at least $2,216/month, effective November 2019. To the extent the trustee has sufficient funds on hand, she is authorized to make a distribution to PNC of $1,397/month pending further Court order. [Chambers to Issue]

3. The Loss Mitigation Period is continued to December 31, 2019. [Text Order to Issue]

**DATED:** 11/6/2019