**FILED**

NOV 08 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                               :     Case No. 17-20882-GLT
                                                                        :
JAMES R GROSE                                            :
PATRICIA GROSE,                                        :     Chapter 13
                                                                        :
                    *Debtors.*                                :     Related to Dkt. No. 92
                                                                        :

## ORDER

This matter came before the Court upon consideration Debtors' *Motion for Approval of Loan Modification* [Dkt. No. 92]. After a hearing on November 6, 2019 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.        On or before **December 11, 2019**, the Debtors shall file a status report detailing whether PNC agreed to amend the loan modification agreement to reduce the interest rate to the current contract rate.

2.        On or before **December 11, 2019**, the Debtors shall file an amended wage order providing for monthly wage attachments of at least $2,216/month.

3.        On or before **December 11, 2019**, the Debtors shall ensure plan payments are at least $2,216/month, effective November 2019. To the extent the trustee has sufficient funds on hand, she is authorized to make a distribution to PNC of $1,397/month pending further Court order.

Dated: November 7, 2019

_____      gsgj
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Joan Shinavski, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-20882-GLT
James R. Grose                                                  Chapter 13
Patricia Grose
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam           Page 1 of 1           Date Rcvd: Nov 08, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db/jdb        +James R. Grose,   Patricia Grose,   1270 Plantation Drive,   Bethel Park, PA 15102-3595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
          David  Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joan  Shinavski    on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com,
           jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
          Joan  Shinavski    on behalf of Joint Debtor Patricia  Grose joan@gabrielshieldslaw.com,
           jshinavski@hotmail.com;brandon@gabrielshieldslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 9