IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-20882-GLT |
| JAMES R. GROSE and | : | Chapter 13 |
| PATRICIA GROSE, | : | |
|     Debtors | : | |
| ****************************************** | : | Document No. |
| James R. Grose, Debtor, | : | |
|                 Movant, | : | |
|     v. | : | |
| Port Authority of Allegheny County | : | |
| ATTENTION:  Payroll Department | : | |
| 345 Sixth Avenue | : | |
| Pittsburgh, PA  15222-2527, | : | |
|                Respondent. | : | |

## AMENDED CERTIFICATE OF SERVICE FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below on November 15, 2019.

**Service by First-Class Mail**

Port Authority of Allegheny County
Attn:  Payroll Department
345 Sixth Avenue
Pittsburgh, PA  15222-2527

James R. Grose and
Patricia Grose
1270 Plantation Drive
Bethel Park, PA  15102

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
(without Notification of Debtor's Social Security Number)

**Service by Electronic Notification**

Ronda J. Winnecour, Chapter 13 Trustee

(without Notification of Debtor's Social Security Number)

Dated: November 18, 2019                /s/ *Joan Shinavski*
                                                             Joan Shinavski, Esquire
                                                             PA ID #90978
                                                             Gabriel & Shields
                                                             Fort Pitt Commons, Ste. LL500
                                                             445 Fort Pitt Boulevard
                                                             Pittsburgh, PA  15219
                                                             Telephone: (412) 251-5246
                                                             Facsimile: (412) 532-2510
                                                             E-mail: *joan@gabrielshieldslaw.com*