IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-20882-GLT |
| James R. Grose | : | Chapter 13 |
| Patricia R. Grose | : | Document No. : |
| Debtors | : | Related to Document No. : 102,  103 |
| James R. Grose | : | |
| Patricia R. Grose | : | |
| Movants | : | Hearing Date and Time: |
| v. | : | December 18, 2019, at 11:00 a.m. |
| PNC Bank, N.A. | : | |
| Ronda J. Winnecour, Esquire, Trustee | : | |
| Respondents | : | |

## STATUS REPORT

AND NOW come the debtors, James R. Grose and Patricia R. Grose, by and through their undersigned attorney Joan Shinavski, and respectfully represent as follows:

1. Counsel for the Debtors conferred with counsel for PNC Bank and PNC Bank has declined to amend the loan modification agreement to reduce the interest rate to the current contract rate.

2. Debtors filed for and obtained an amended wage attachment order on November 12, 2019, at Docket No. 105, and said motion was granted on November 14, 2019, at Docket No. 106.  Payments from the amended modified wage attachment order have already begun remitting to the Chapter 13 Trustee.

3. Debtors remitted an additional payment of $505.69 on November 25, 2019, to compensate for the fact that an amended wage attachment order was not in effect for November 2019.  Debtors' total payments for November 2019 are less than the $2,216.00 specified in the Order dated November 7, 2019 (Docket No. 103) because their wage attachments remit on a bi-weekly basis, resulting in two months of the year with

payments greater than $2,216.00, and ten months with payments less than $2,216.00.

WHEREFORE, the debtors, James R. Grose and Patricia R. Grose, respectfully file this Status Report.

Dated:  December 14, 2019            Respectfully submitted,

*/s/ Joan Shinavski*
Joan Shinavski, Esquire
Pa. I.D. No.  90978
Attorney for the Debtors
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
Telephone:  (412) 251-5246
Facsmile:    (412) 532-2510
*joan@gabrielshieldslaw.com*