FILED
12/19/19 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-20882-GLT |
| | : | Chapter: | 13 |
| James R. Grose | : | | |
| Patricia Grose | : | | |
| | : | Date: | 12/18/2019 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**     #92 - Debtors' Application for Approval of Loan Modification Agreement with PNC
     #95 - Response by Trustee

**APPEARANCES:**

     Debtor:     Joan Shinavski
     Trustee:     Jana Pail

**NOTES:** (11:05)

Court: I've received a status report that the parties have not agreed to more favorable terms.

Shinavski: The debtors would like to retain their home.

Court: Anything further from the trustee?

Pail: No, your honor.

Court: Under these circumstances, there is a benefit to reducing the monthly payments in the short term and I will grant the motion.

**OUTCOME:**

1. Debtors' *Application for Approval of Loan Modification Agreement with PNC* [Dkt. No. 92] is GRANTED. [O/E]

**DATED:** 12/18/2019