**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-20882-GLT |
| James R. Grose | : | Chapter 13 |
| Patricia R. Grose | : | |
| Debtors | : | |
| James R. Grose | : | Document No.: |
| Patricia R. Grose | : | Related to Document No.: 111 |
| Movants | : | |
| v. | : | |
| PNC Bank, N.A. | : | |
| Ronda J. Winnecour, Esquire, Trustee | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF**
**MODIFIED ORDER APPROVING LOAN MODIFICATION AGREEMENT**

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below, by the means set forth below, on the 20th day of December, 2019:

Service by First-class U.S. Mail
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Office of the United States Trustee
Liberty Center, 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

James R. Grose and Patricia Grose
1270 Plantation Drive
Bethel Park, PA 15102

David Neeren, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620

Ronda J. Winnecour
Chapter 13 Trustee
U. S. Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

<u>Service by Electronic Notification</u>
Jeffrey R. Hunt on behalf of Creditor Municipality of Bethel Park
jhunt@grblaw.com, cnoroski@grblaw.com

David Neeren on behalf of Creditor PNC Bank, National Association
dneeren@rasnj.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor PNC Bank, National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

*/s/Joan Shinavski*_____
Joan Shinavski, Esquire
Attorney for Debtors/Movant
PA I.D. No. 90978
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
Telephone:  (412) 251-5246
Fax:  (412) 532-2510
E-mail:  joan@gabrielshieldslaw.com