**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES R. GROSE<br>PATRICIA GROSE<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>vs.<br>MUNICIPALITY OF BETHEL PARK (SWG)<br><br>        Respondents | Case No. 17-20882GLT<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| MUNICIPALITY OF BETHEL PARK (SWG)<br>C/O JORDAN TAX SVC-CURR & DELQ<br>YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 6/Trustee CID# 5 |

The Movant further certifies that on 02/26/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES R. GROSE, PATRICIA GROSE, 1270 PLANTATION DRIVE, BETHEL PARK, PA  15102 | JOAN SHINAVSKI ESQ, MCKAY & ASSOCIATES PC, UNICORN PROFESSIONAL PLAZA, 3755 LIBRARY RD STE 301, PITTSBURGH, PA  15234 |
| ORIGINAL CREDITOR: | : |
| MUNICIPALITY OF BETHEL PARK (SWG), C/O JORDAN TAX SVC-CURR & DELQ YRS, 102 RAHWAY RD, MCMURRAY, PA  15317 | GRB LAW, FRICK BLDG, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL: | |
| JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 | |
| NEW CREDITOR: | |