**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/07/2021

IN RE:

JAMES R. GROSE
PATRICIA GROSE
1270 PLANTATION DRIVE
BETHEL PARK,  PA  15102
XXX-XX-6809          Debtor(s)

XXX-XX-0287

Case No.17-20882 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/7/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0799 |
| **DAVID NEEREN ESQ++**<br>UDREN LAW OFFICES<br>111 WOODCREST DR STE 200<br>CHERRY HILL, NJ  08003 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGENT COMMUNITY FCU**<br>2000 CORPORATE DR STE 200<br>WEXFORD, PA  15090 | Trustee Claim Number: 3    INT %: 3.99%<br>Court Claim Number: 3<br>CLAIM: 1,328.15<br>COMMENT: $/CL-PL@3.99%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3242 |
| **ALLEGENT COMMUNITY FCU**<br>2000 CORPORATE DR STE 200<br>WEXFORD, PA  15090 | Trustee Claim Number: 4    INT %: 4.99%<br>Court Claim Number: 4-2<br>CLAIM: 8,064.49<br>COMMENT: $/CL-PL@4.99%*AMD | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3241 |
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 5    INT %: 10.00%<br>Court Claim Number: 6-2<br>CLAIM: 24.79<br>COMMENT: 665-G-21;THRU 4/18/17* 516.97@10%/PL*PIF/CR*AMD CL=$0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5G21 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 16,123.44<br>COMMENT: PMT/DECL*DKT4LMT*1266.97/CL-PL*BGN 3/17*DK*LN MOD @ CID 47 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5997 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 14.80<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6809 |
| **ALLEGHENY PHYSICAL MEDICINE**<br>6040 LIBRARY RD<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK - MACY**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 9,476.42<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3809 |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **BBY/CBNA** <br> POB 6497 <br> SIOUX FALLS, SD 57117 | 11 | 0.00% | UNSECURED CREDITOR | | | 0.00 | CLM@CID 44*NO$/SCH |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | 12 | 0.00% | UNSECURED CREDITOR | 12 | 7585 | 1,963.91 | NO NUM/SCH*CITIBANK |
| **DEPARTMENT STORES NATIONAL BANK - MACY** <br> C/O NCO FINANCIAL SYSTEMS INC <br> PO BOX 4275 <br> NORCROSS, GA 30091 | 13 | 0.00% | UNSECURED CREDITOR | | | 0.00 | NT ADR~NO$/SCH |
| **JRMC DIAGNOSTIC SERVICES** <br> DEPARTMENT L-3247 <br> COLUMBUS, OH 43260-0001 | 14 | 0.00% | UNSECURED CREDITOR | | | 0.00 | |
| **KOHL'S** <br> POB 2983 <br> MILWAUKEE, WI 53201-2983 | 15 | 0.00% | UNSECURED CREDITOR | | | 0.00 | NT ADR/SCH |
| **CAPITAL ONE NA**** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | 16 | 0.00% | UNSECURED CREDITOR | 10 | 6147 | 1,046.26 | NO NUM/SCH*KOHL'S |
| **MICHAEL STYPULA** <br> PRACTICE LIMITED TO PERIODONTICS <br> 2555 WASHINGTON RD STE 621 <br> PITTSBURGH, PA 15241 | 17 | 0.00% | UNSECURED CREDITOR | | | 0.00 | |
| **AMERICAN WATER(*)** <br> PO BOX 371412 <br> PITTSBURGH, PA 15250-7412 | 18 | 0.00% | UNSECURED CREDITOR | 2 | 9406 | 12.96 | PA-AMERICAN WATER*NO NUM/SCH |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | 19 | 0.00% | UNSECURED CREDITOR | | | 0.00 | NT ADR~NO$~LEVIN FRNTR/SCH |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | 20 | 0.00% | UNSECURED CREDITOR | 13 | 1639 | 583.24 | NO NUM/SCH*SYNCHRONY/OLD NAVY |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 7,058.75<br>COMMENT: NO NUM/SCH*SYNCHRONY BANK/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0799 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LUXURY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,391.77<br>COMMENT: NO NUM/SCH*SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4105 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 24,624.38<br>COMMENT: NO NUM/SCH*CITIBANK/AT AND T UNIVERSAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8110 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 96.25<br>COMMENT: NO NUM/SCH*ACCT OPEN 2/18/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FIRST ENERGY/WEST PENN POWER\*\***<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br>NASHVILLE, TN 37214 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE FARM FIRE & CASUALTY CO**<br>112 E WASHINGTON ST<br>BLOOMINGTON, IL 61701 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE FARM MUTUAL AUTO INSR CO**<br>SUBROGEE OF ALVIN C CALHOUN<br>TWO PPG PLACE STE 400<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 304.38<br>COMMENT: $/CL-PL@4%/PL*NO PRI/SCH*STAT ISSUE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6809 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **ALLEGENT COMMUNITY FCU**<br>2000 CORPORATE DR STE 200<br>WEXFORD, PA 15090 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM: 0.00<br>COMMENT: SEE AMD@CID 4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3241 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 168.53<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8308 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: 741.25/CL-PL*THR 2/17*LN MOD @ CID 47 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5997 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 4,344.97<br>COMMENT: SCH@CID 11*NO ACCT-$/SCH*CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0523 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 7,378.12<br>COMMENT: PMT/OE*1438.12/TRIAL LN MOD*BGN 6/19*W/6,43*DK*LN MOD @ CID 47 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5997 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:011<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DK4PMT-LMT*LN MOD BGN 10/19 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5997 |