**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JAMES R. GROSE<br>　PATRICIA GROSE<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>　JAMES R. GROSE<br>　PATRICIA GROSE<br><br>　　　Respondents | FILED<br>3/18/22 9:12 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 17-20882GLT<br><br>Chapter 13<br><br>Related to ECF No. 126 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 18th day of March 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Guardian Rehabilitation Services
Attn: Payroll Manager
8796 Route 219
Brockway, PA 15824

is hereby ordered to immediately terminate the attachment of the wages of PATRICIA GROSE, social security number XXX-XX-0287. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PATRICIA GROSE.

BY THE COURT:

_____
GREGORY L. TADDONIO          jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20882-GLT |
| James R. Grose | Chapter 13 |
| Patricia Grose | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Grose, Patricia Grose, 1270 Plantation Drive, Bethel Park, PA 15102-3595 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Neeren | |
| | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Joan Shinavski | |
| | on behalf of Joint Debtor Patricia Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Joan Shinavski | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 18, 2022     Form ID: pdf900     Total Noticed: 1

on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9