# 1IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-20882-GLT |
| JAMES R. GROSE and | : | Chapter 13 |
| PATRICIA GROSE, | : | |
|     Debtors | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. The Debtors, James R. Grose and Patricia Grose, on July 29, 2017, and July 30, 2017, at Documents No. 43 and 44, respectively, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: April 8, 2022

*/s/ Joan Shinavski*
Joan Shinavski, Esquire
PA I.D. No. 90978
Fort Pitt Commons Suite LL 500
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
Telephone:  (412) 251-5246
Facsimile:  (412) 532-2510
E-mail:  joan@gabrielshieldslaw.com

Attorney for Debtors