Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James R. Grose** | : | Case No. 17−20882−GLT |
| aka Jim Grose | : | Chapter: 13 |
| **Patricia Grose** | : | |
| aka Patricia R. Grose, dba Corina's Blends | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 134 |
| *Movant(s),* | : | |
| | : | Hearing Date: 6/29/22 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION

   *AND NOW,* this *The 27th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 134 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before June 13, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *June 29, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                             Case No. 17-20882-GLT

James R. Grose                                                                                               Chapter 13

Patricia Grose

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                                Page 1 of 4

Date Rcvd: Apr 27, 2022                              Form ID: 604                                     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Grose, Patricia Grose, 1270 Plantation Drive, Bethel Park, PA 15102-3595 |
| 14415850 | + | Allegent Community Federal Credit Union, 2000 Corporate Drive, Suite 200, Wexford, PA 15090-7608 |
| 14377293 | | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14377294 | + | Allegheny Physical Mmedicine, 6040 Library Road, Bethel Park, PA 15102-4012 |
| 14377298 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377300 | + | Capital Accounts LLC, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14377304 | + | Frederic I. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 14377306 | | JRMC Diagnostic, Department L-3247, Columbus, OH 43260-0001 |
| 14377305 | + | Jordan Tax Service, Inc., Municipality of Bethel Park, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14377309 | + | Michael Stypula, Practice Limited to Periodontics, 2555 Washington road, Suite 621, Pittsburgh, PA 15241-2574 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14377295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 14377296 | + | Email/Text: g20956@att.com | Apr 28 2022 00:07:00 | AT&T Wireless, General Bankruptcy Mail, AT&T c/o Midland Bankruptcy, 5407 Andrews Hwy, Midland, TX 79706-3615 |
| 14377298 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

Case 17-20882-GLT    Doc 136    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14656308 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14668201 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377302 | + | Email/Text: mediamanagers@clientservices.com | Apr 28 2022 00:06:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14377303 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 14377307 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14377308 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14420068 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663291 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14377310 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14420478 | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658052 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14377313 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14671688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14377575 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377311 | | Email/Text: csc.bankruptcy@amwater.com | Apr 28 2022 00:07:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14377312 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520185 | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14377317 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:24 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14377318 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | SYNCB/OldNavyDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14377321 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | SYNCB/SYNC Bank Luxury, PO Box 965036, Orlando, FL 32896-5036 |
| 14377319 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:13 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14377320 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:25 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14377314 | + | Email/Text: bankruptcy@sw-credit.com | Apr 28 2022 00:07:00 | Southwest Credit, 5910 W. Plano Parkway, Suite 1100, Plano, TX 75093-2202 |
| 14377315 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14377316 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Apr 28 2022 00:07:00 | State Farm Fire and Casualty Company, 100 State Farm Place, Ballston Spa, NY 12020-3722 |
| | | | Apr 28 2022 00:07:00 | State Farm Mutual Automobile Insurance, One State Farm Drive, Concordville, PA 19339-9300 |
| 14377322 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:25 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14377323 | + | Email/Text: BAN5620@UCBINC.COM | Apr 28 2022 00:06:00 | United Collection Bureau Inc., 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14377324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Universal Card/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14634042 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:12:21 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 00:06:00 | Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702-3397 |
| 14377326 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2022 00:07:00 | West Penn Power, First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388129 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14377301 | ## | Citibank, PO Box 6142, Sioux Falls, SD 57117 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 48

| | |
|---|---|
| | on behalf of Creditor PNC Bank National Association dneeren@rasnj.com |
| Denise Carlon | |
| | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Joan Shinavski | |
| | on behalf of Joint Debtor Patricia Grose joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Joan Shinavski | |
| | on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 10