IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAMES R. GROSE<br>PATRICIA GROSE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-20882<br><br>Chapter 13<br><br>Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/07/2017 and confirmed on 6/14/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,431.48 |
| Less Refunds to Debtor | 1,816.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,614.76 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,000.00 | |
|     Trustee Fee | 4,941.82 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,941.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 16,123.44 | 16,123.44 | 0.00 | 16,123.44 |
|     Acct: 5997 | | | | |
|   PNC BANK NA | 7,378.12 | 7,378.12 | 0.00 | 7,378.12 |
|     Acct: 5997 | | | | |
|   PNC BANK NA | 0.00 | 42,821.31 | 0.00 | 42,821.31 |
|     Acct: 5997 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5997 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 24.79 | 24.79 | 0.00 | 24.79 |
|     Acct: 5G21 | | | | |
|   ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3241 | | | | |
|   ALLEGENT COMMUNITY FCU | 1,328.15 | 1,328.15 | 67.66 | 1,395.81 |
|     Acct: 3242 | | | | |
|   ALLEGENT COMMUNITY FCU | 8,064.49 | 8,064.49 | 626.93 | 8,691.42 |
|     Acct: 3241 | | | | |
| | | | | 76,434.89 |
| **Priority** | | | | |
|   JOAN SHINAVSKI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. GROSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. GROSE | 1,816.72 | 1,816.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCKAY & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOAN SHINAVSKI ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOAN SHINAVSKI ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 304.38 | 304.38 | 0.00 | 304.38 |
|     Acct: 6809 | | | | |
| | | | | 304.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PA DEPARTMENT OF REVENUE* | 14.80 | 5.23 | 0.00 | 5.23 |
| Acct: 6809 | | | | |
| ALLEGHENY PHYSICAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK - | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA** | 9,476.42 | 3,346.58 | 0.00 | 3,346.58 |
| Acct: 3809 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,963.91 | 693.55 | 0.00 | 693.55 |
| Acct: 7585 | | | | |
| DEPARTMENT STORES NATIONAL BANK - | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JRMC DIAGNOSTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 1,046.26 | 369.49 | 0.00 | 369.49 |
| Acct: 6147 | | | | |
| MICHAEL STYPULA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN WATER(*) | 12.96 | 4.58 | 0.00 | 4.58 |
| Acct: 9406 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 583.24 | 205.97 | 0.00 | 205.97 |
| Acct: 1639 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,058.75 | 2,492.79 | 0.00 | 2,492.79 |
| Acct: 0799 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,391.77 | 491.50 | 0.00 | 491.50 |
| Acct: 4105 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 24,624.38 | 8,696.05 | 0.00 | 8,696.05 |
| Acct: 8110 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 96.25 | 33.99 | 0.00 | 33.99 |
| Acct: 0001 | | | | |
| FIRST ENERGY/WEST PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 168.53 | 59.52 | 0.00 | 59.52 |
| Acct: 8308 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,344.97 | 1,534.42 | 0.00 | 1,534.42 |
| Acct: 0523 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0799 | | | | |
| DAVID NEEREN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE FARM FIRE & CASUALTY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE FARM MUTUAL AUTO INSR CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

17-20882                                                                                                           Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 17,933.67 |

TOTAL PAID TO CREDITORS                                                                                          94,672.94

TOTAL CLAIMED
PRIORITY           304.38
SECURED         32,918.99
UNSECURED      50,782.24

Date: 04/26/2022                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES R. GROSE<br>    PATRICIA GROSE<br>           Debtor(s)<br><br>    Ronda J. Winnecour<br>           Movant<br>        vs.<br>    No Repondents. | Case No.:17-20882<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 17-20882-GLT
James R. Grose                                                                         Chapter 13
Patricia Grose
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 27, 2022      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Grose, Patricia Grose, 1270 Plantation Drive, Bethel Park, PA 15102-3595 |
| 14415850 | + | Allegent Community Federal Credit Union, 2000 Corporate Drive, Suite 200, Wexford, PA 15090-7608 |
| 14377293 | | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14377294 | + | Allegheny Physical Mmedicine, 6040 Library Road, Bethel Park, PA 15102-4012 |
| 14377298 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377300 | + | Capital Accounts LLC, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14377304 | + | Frederic I. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 14377306 | | JRMC Diagnostic, Department L-3247, Columbus, OH 43260-0001 |
| 14377305 | + | Jordan Tax Service, Inc., Municipality of Bethel Park, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14377309 | + | Michael Stypula, Practice Limited to Periodontics, 2555 Washington road, Suite 621, Pittsburgh, PA 15241-2574 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14377295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 14377296 | + | Email/Text: g20956@att.com | Apr 28 2022 00:07:00 | AT&T Wireless, General Bankruptcy Mail, AT&T c/o Midland Bankruptcy, 5407 Andrews Hwy, Midland, TX 79706-3615 |
| 14377298 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

Case 17-20882-GLT   Doc 137   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14656308 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14668201 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377302 | + | Email/Text: mediamanagers@clientservices.com | Apr 28 2022 00:06:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14377303 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 14377307 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14377308 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 00:06:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14420068 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663291 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14377310 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14420478 | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658052 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14377313 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 00:06:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14671688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14377575 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377311 | | Email/Text: csc.bankruptcy@amwater.com | Apr 28 2022 00:07:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14377312 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520185 | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14377317 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:14 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14377318 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | SYNCB/OldNavyDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14377321 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | SYNCB/SYNC Bank Luxury, PO Box 965036, Orlando, FL 32896-5036 |
| 14377319 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14377320 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14377314 | + | Email/Text: bankruptcy@sw-credit.com | Apr 28 2022 00:07:00 | Southwest Credit, 5910 W. Plano Parkway, Suite 1100, Plano, TX 75093-2202 |
| 14377315 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 28 2022 00:07:00 | State Farm Fire and Casualty Company, 100 State Farm Place, Ballston Spa, NY 12020-3722 |
| 14377316 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Apr 28 2022 00:07:00 | State Farm Mutual Automobile Insurance, One State Farm Drive, Concordville, PA 19339-9300 |
| 14377322 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:38 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14377323 | + | Email/Text: BAN5620@UCBINC.COM | Apr 28 2022 00:06:00 | United Collection Bureau Inc., 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14377324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | Universal Card/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14634042 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:12:30 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 00:06:00 | Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702-3397 |
| 14377326 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2022 00:07:00 | West Penn Power, First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388129 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14377301 | ## | Citibank, PO Box 6142, Sioux Falls, SD 57117 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | |

|   |   |
|---|---|
|  | on behalf of Creditor PNC Bank National Association dneeren@rasnj.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Joan Shinavski | on behalf of Joint Debtor Patricia Grose joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Joan Shinavski | on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com jshinavski@hotmail.com;brandon@gabrielshieldslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 10