**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James R. Grose<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6809<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Patricia Grose<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0287<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    17–20882–GLT

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James R. Grose  
aka Jim Grose

Patricia Grose  
aka Patricia R. Grose, dba Corina's Blends

6/14/22

**By the court:** Gregory L. Taddonio  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                 Case No. 17-20882-GLT
James R. Grose                                                   Chapter 13
Patricia Grose
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                               User: auto                                       Page 1 of 4
Date Rcvd: Jun 14, 2022                       Form ID: 3180W                          Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Grose, Patricia Grose, 1270 Plantation Drive, Bethel Park, PA 15102-3595 |
| 14415850 | + | Allegent Community Federal Credit Union, 2000 Corporate Drive, Suite 200, Wexford, PA 15090-7608 |
| 14377293 | | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14377294 | + | Allegheny Physical Mmedicine, 6040 Library Road, Bethel Park, PA 15102-4012 |
| 14377300 | + | Capital Accounts LLC, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14377304 | + | Frederic I. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 14377306 | | JRMC Diagnostic, Department L-3247, Columbus, OH 43260-0001 |
| 14377305 | + | Jordan Tax Service, Inc., Municipality of Bethel Park, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14377309 | + | Michael Stypula, Practice Limited to Periodontics, 2555 Washington road, Suite 621, Pittsburgh, PA 15241-2574 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14377295 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 14377296 | + | EDI: CINGMIDLAND.COM | Jun 15 2022 04:08:00 | AT&T Wireless, General Bankruptcy Mail, AT&T c/o Midland Bankruptcy, 5407 Andrews Hwy, Midland, TX 79706-3615 |
| 14377298 | | EDI: BANKAMER.COM | Jun 15 2022 04:08:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | EDI: BANKAMER.COM | Jun 15 2022 04:08:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | EDI: BANKAMER2.COM | Jun 15 2022 04:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14377299 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14656308 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:18:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14668201 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14377302 | + | Email/Text: mediamanagers@clientservices.com | Jun 15 2022 00:11:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14377303 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 14377307 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 00:11:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14377308 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 00:11:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14420068 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 00:17:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663291 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14377310 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14420478 | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658052 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14377313 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14671688 | | EDI: PRA.COM | Jun 15 2022 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14377575 | + | EDI: RECOVERYCORP.COM | Jun 15 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377311 | | Email/Text: csc.bankruptcy@amwater.com | Jun 15 2022 00:12:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14377312 | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14377312 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520185 | + | Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14377317 | | EDI: RMSC.COM | Jun 15 2022 04:08:00 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14377318 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | SYNCB/OldNavyDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14377321 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | SYNCB/SYNC Bank Luxury, PO Box 965036, Orlando, FL 32896-5036 |
| 14377319 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14377320 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14377314 | + | Email/Text: bankruptcy@sw-credit.com | Jun 15 2022 00:12:00 | Southwest Credit, 5910 W. Plano Parkway, Suite 1100, Plano, TX 75093-2202 |
| 14377315 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jun 15 2022 00:12:00 | State Farm Fire and Casualty Company, 100 State Farm Place, Ballston Spa, NY 12020-3722 |
| 14377316 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jun 15 2022 00:12:00 | State Farm Mutual Automobile Insurance, One State Farm Drive, Concordville, PA 19339-9300 |
| 14377322 | + | EDI: RMSC.COM | Jun 15 2022 04:08:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14377323 | + | Email/Text: BAN5620@UCBINC.COM | Jun 15 2022 00:12:00 | United Collection Bureau Inc., 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14377324 | + | EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Universal Card/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14634042 | + | EDI: AIS.COM | Jun 15 2022 04:08:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377325 | + | EDI: VERIZONCOMB.COM | Jun 15 2022 04:08:00 | Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702-3397 |
| 14377326 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 15 2022 00:12:00 | West Penn Power, First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388129 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14377301 | ## | Citibank, PO Box 6142, Sioux Falls, SD 57117 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 49 |

**Name** **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

David Neeren
    on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com

Denise Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com

Joan Shinavski
    on behalf of Joint Debtor Patricia Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Joan Shinavski
    on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10