**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/14/22 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMES R. GROSE
    PATRICIA GROSE
                Debtor(s)

    Ronda J. Winnecour
                Movant
            vs.
    No Repondents.

Case No.:17-20882

Chapter 13

 Related to Dkt. No. 134

ORDER OF COURT

 AND NOW, this  14th  day of  June 2022,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-20882-GLT

James R. Grose                                                                     Chapter 13

Patricia Grose

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                User: auto                      Page 1 of 4

Date Rcvd: Jun 14, 2022            Form ID: pdf900             Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Grose, Patricia Grose, 1270 Plantation Drive, Bethel Park, PA 15102-3595 |
| 14415850 | + | Allegent Community Federal Credit Union, 2000 Corporate Drive, Suite 200, Wexford, PA 15090-7608 |
| 14377293 | | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3726 |
| 14377294 | + | Allegheny Physical Mmedicine, 6040 Library Road, Bethel Park, PA 15102-4012 |
| 14377300 | + | Capital Accounts LLC, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14377304 | + | Frederic I. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 14377306 | | JRMC Diagnostic, Department L-3247, Columbus, OH 43260-0001 |
| 14377305 | + | Jordan Tax Service, Inc., Municipality of Bethel Park, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14377309 | + | Michael Stypula, Practice Limited to Periodontics, 2555 Washington road, Suite 621, Pittsburgh, PA 15241-2574 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | Municipality of Bethel Park, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14377295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | AMEX DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 14377296 | + | Email/Text: g20956@att.com | Jun 15 2022 00:12:00 | AT&T Wireless, General Bankruptcy Mail, AT&T c/o Midland Bankruptcy, 5407 Andrews Hwy, Midland, TX 79706-3615 |
| 14377298 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:11:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14377297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:11:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14640859 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 15 2022 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14656308 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:17:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14668201 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| 14377302 | + Email/Text: mediamanagers@clientservices.com | Jun 15 2022 00:11:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
|---|---|---|---|
| 14377303 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:00 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 14377307 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 00:11:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14377308 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 00:11:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14420068 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 00:18:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663291 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14377310 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14420478 | + Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658052 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14377313 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:11:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14671688 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:18:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14377575 | + Email/PDF: rmscedi@recoverycorp.com | Jun 15 2022 00:18:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377311 | Email/Text: csc.bankruptcy@amwater.com | Jun 15 2022 00:12:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14377312 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14520185 | + Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14377317 | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:17 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14377318 | + Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:17 | SYNCB/OldNavyDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14377321 | + Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:06 | SYNCB/SYNC Bank Luxury, PO Box 965036, Orlando, FL 32896-5036 |
| 14377319 | + Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:06 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14377320 | + Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:06 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14377314 | + Email/Text: bankruptcy@sw-credit.com | Jun 15 2022 00:12:00 | Southwest Credit, 5910 W. Plano Parkway, Suite 1100, Plano, TX 75093-2202 |
| 14377315 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jun 15 2022 00:12:00 | State Farm Fire and Casualty Company, 100 State Farm Place, Ballston Spa, NY 12020-3722 |
| 14377316 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jun 15 2022 00:12:00 | State Farm Mutual Automobile Insurance, One State Farm Drive, Concordville, PA 19339-9300 |
| 14377322 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-2          User: auto          Page 3 of 4

Date Rcvd: Jun 14, 2022          Form ID: pdf900          Total Noticed: 48

| Recip ID | | Notice type / address | Date | Name and Address |
|---|---|---|---|---|
| | | | Jun 15 2022 00:18:06 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14377323 | + | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Jun 15 2022 00:12:00 | United Collection Bureau Inc., 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14377324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 15 2022 00:18:21 | Universal Card/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14634042 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 15 2022 00:18:01 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 15 2022 00:11:00 | Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702-3397 |
| 14377326 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Jun 15 2022 00:12:00 | West Penn Power, First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388129 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14377301 | ## | Citibank, PO Box 6142, Sioux Falls, SD 57117 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |

Joan Shinavski
on behalf of Joint Debtor Patricia Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Joan Shinavski
on behalf of Debtor James R. Grose joan@gabrielshieldslaw.com  jshinavski@hotmail.com;brandon@gabrielshieldslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 10